# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   EDCV 09-00919-VAP (RZx)                          Date:  September 2, 2010

Title:   SHAWN STERLING -v- COUNTY OF RIVERSIDE, et al.
==============================================================
PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

PROCEEDINGS:     ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE (IN CHAMBERS)

      On March 1, 2010, the parties appeared before the Court for a Scheduling Conference. At that Scheduling Conference, the Court ordered the parties to complete a settlement conference no later than July 30, 2010, and to file a joint report no later than ten days after the settlement conference regarding the progress of mediation. The parties have filed no joint report. Accordingly, the Court orders Plaintiff to show cause, in writing, no later than September 10, 2010, why his Complaint should not be dismissed for failure to prosecute.

      **IT IS SO ORDERED.**