**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN STERLING,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF RIVERSIDE, DEPUTY GASPARINI AND DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. EDCV 09-00919-VAP (RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: <u>October 4, 2010</u>

                                                          /s/ Virginia A. Phillips<br>
                                                        VIRGINIA A. PHILLIPS<br>
                                                    United States District Judge